IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROBERT IVY                                                                                            PLAINTIFF

v.                                                                          No. 3:15CV00126-MPM-JMV

CARPET SPECTRUM, ET AL.                                                                DEFENDANTS

### ORDER TO SHOW CAUSE

Plaintiff filed the complaint [1] in this action on July 31, 2015. Summonses [2] were issued for Defendants Carpet Spectrum and William Browning the same day. On September 18, 2015, Plaintiff's counsel filed a proof of service [3, 4] as to both defendants. Later, on September 24, Plaintiff filed motions [5, 6] for the clerk's entry of default as to the defendants. The clerk filed entries of default [7, 8] as to the defendants on September 25. There has been no activity in this case since that time.

**THEREFORE, IT IS ORDERED**:

That within 60 days of this date, Plaintiff shall either seek entry of a default judgment against the defendants or show cause why this case should not be dismissed for failure to prosecute.

This 27th day of October, 2015.

/s/ Jane M. Virden
U. S. Magistrate Judge